MARY H. MYER, Individually and as Trustee under the Will of CLARK S. SHARPSTEEN, Deceased, and as Guardian of MARY II. SHARPSTEEN, an Infant, Appellant, *v.* LEON ABBETT, as Executor of LEON ABBETT, Deceased, et al., Respondents, and MARY H. SHARPSTEEN, Appellant.

*Myer* v. *Abbett,* 105 App. Div. 537, affirmed.
(Argued June 18, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1905, modifying, and affirming as modified, a judgment in favor of respondents herein entered upon the report of a referee in an action for an accounting.

*Edward W. S. Johnston* and *Edward P. Orrell, Jr.,* for appellants.

*Frederick H. Man, Henry H. Man, Leon Abbett* and *Thomas J. Sanson* for respondents.

Judgment affirmed, with costs to each party respondent appearing by separate counsel and filing briefs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.    Absent: O'BRIEN, J.